# Robinson+Cole

MATTHEW P. MAZZOLA

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
mmazzola@rc.com
Direct (212) 451-2914

February 22, 2023

*(Via ECF)*
Judge Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

      Re:    *Grant L. v. United Healthcare Services, Inc. et al.*
              Case No.: 1:22-cv-1320(PAE)

Dear Judge Engelmayer:

    This office represents the Defendant Oxford Health Plans, Inc. ("Oxford") in the above-captioned matter. We write pursuant to Rule 1(E) of Your Honor's Individual Rules and Practices in Civil Cases to request an adjournment of the remaining dates in the Court's briefing schedule regarding Plaintiff's Motion for Attorneys' Fees. (Doc. No. 41). Defendant requests the adjournment due to unforeseen personal issues requiring counsel's immediate attention. Plaintiff consents to the adjournment and the parties conferred and propose the following revised briefing schedule:

| Document to Be Filed | Original Date | Proposed Date |
|---|---|---|
| Defendant's Opposition Brief | February 24, 2023 | March 3, 2023 |
| Plaintiff's Reply Brief | March 10, 2023 | March 24, 2023 |

This is the first request for an adjournment and as discussed above, Plaintiff consents to the relief requested herein.

    Thank you for your consideration of this matter.

Respectfully submitted,

*s/Matthew P. Mazzola*
Matthew P. Mazzola

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP

# Robinson+Cole

February 22, 2023
Page 2

cc: All Counsel of Record (*via* ECF)

Granted.  SO ORDERED.

*/s/ Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge
February 22, 2023