# Robinson+Cole

MATTHEW P. MAZZOLA

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
mmazzola@rc.com
Direct (212) 451-2914

March 2, 2023

*(Via ECF)*
Judge Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

    Re:    *Grant L. v. United Healthcare Services, Inc. et al.*
             Civil Case No.: 1:22-cv-1320(PAE)

Dear Judge Engelmayer:

       This office represents the Defendant Oxford Health Plans, Inc. ("Oxford") in the above-captioned matter. We write pursuant to Rule 1(E) of Your Honor's Individual Rules and Practices in Civil Cases to request an adjournment of the remaining dates in the Court's briefing schedule regarding Plaintiff's Motion for Attorneys' Fees. (Doc. No. 44). Due to the press of deadlines in other matters, including an appellate brief due yesterday and three pre-motion conferences and a preliminary arbitration hearing today, as well as the amount of time necessary to prepare Defendant's Opposition, Defendant requires a five (5) day extension of time to file its Opposition to Plaintiff's Fee Petition. Plaintiff consents to the adjournment and the parties conferred and propose the following revised briefing schedule:

| Document to Be Filed | Original Date | Proposed Date |
|---|---|---|
| Defendant's Opposition Brief | March 3, 2023 | March 8, 2023 |
| Plaintiff's Reply Brief | March 24, 2023 | March 29, 2023 |

This is the second request for an adjournment and as discussed above, Plaintiff consents to the relief requested herein.

       Thank you for your consideration of this matter.

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP

# Robinson+Cole

March 2, 2023
Page 2

Respectfully submitted,

*s/Matthew P. Mazzola*
Matthew P. Mazzola
cc: All Counsel of Record (*via* ECF)

Granted.    SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

March 2, 2023