# Robinson+Cole

MATTHEW P. MAZZOLA
Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
mmazzola@rc.com
Direct (212) 451-2914
Also admitted in Florida
and New Jersey

March 9, 2023

*Via ECF*
Hon. Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: *L. v. United Healthcare Services, Inc., et al.*
    Case No.: 22-cv-1320(PAE)

Dear Judge Engelmayer:

  Our firm represent the Defendants in the above-referenced matter. We write to respectfully request that the Court permanently seal a document we filed yesterday evening, which contains matter that we redacted in accordance with Fed. R. Civ. P. 5.2(a), but during the uploading process through CM/ECF stripped some of the redactions and revealed some of the underlying confidential information.

  Pursuant to Rule 1(A) of Your Honor's Individual Practices in Civil Cases and Rule 21.7(b) of the Court's ECF Rules and Instructions, we ask that the Court place under permanent seal ECF Doc. No. 48-1 that we filed in opposition to Plaintiff's Motion for Attorney Fees (ECF Doc. No. 42). We further request that the Court permit us to file a redacted version of the document, attached hereto, on the public docket, pursuant to ECF Rule 21.7(c). The previously filed, partially redacted document has been placed under temporary seal by the Court's ECF Help Desk pending the Court's order, pursuant to ECF Rule 21.7(a).

  Thank you for your consideration of this matter.

                 Respectfully submitted,

                 */s/ Matthew P. Mazzola*

                 Matthew P. Mazzola

cc: All Counsel of Record (*via* ECF)
   (Attachment)

Boston | Hartford | New York | Washington, DC | Providence | Miami | Stamford | Wilmington | Philadelphia | Los Angeles | Albany | rc.com

Robinson & Cole LLP

Granted.   SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
March 10, 2023